SC Judicial Department





















 




 


 South Carolina


 JUDICIAL DEPARTMENT
 

 Text Only Page


 Site Map | Feedback



 
 Search:  
 
 
 
 







 
 
 

 Home
 
 Supreme Court
 
 Overview
 Justices
 
 
 Costa M. Pleicones
Chief Justice
 
 Donald W. Beatty
 
 John W. Kittredge
 
 Kaye G. Hearn
 
 John Cannon Few
 
 
 
 Roster of Cases
 Clerk's Office
 Disciplinary Counsel
 
 Overview
 Commission on Judicial Conduct
 Commission on Lawyer Conduct
 How to File a Complaint
 Frequently Asked Questions
 ABA Reports on the Lawyer and Judicial Disciplinary Systems
 
 
 Bar Admissions
 Library
 Court Administration
 History
 Map & Location
 Strategic Plan
 
 
 
 Court of Appeals
 
 Overview
 Judges
 
 
 Thomas E. Huff
 
 Paul E. Short, Jr.
 
 H. Bruce Williams
 
 Paula H. Thomas
 
 Aphrodite K. Konduros
 
 John D. Geathers
 
 James E. Lockemy
 
 Stephanie P. McDonald
 
 
 
 Roster of Cases
 Clerk's Office
 Library
 History
 FAQs
 Map & Location
 
 
 Trial Courts
 
 Circuit Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Family Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Masters-In-Equity
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 
 
 Probate Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster (Alpha)
 Judge Roster (County)
 
 
 Magistrates Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Municipal Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Court Reporters
 
 Circuit Court
 Family Court
 Court Reporter Manual
 
 
 Court Rosters
 Case Records Search
 
 
 
 Court Officials
 
 Clerks of Court
 
 Overview
 Alphabetical List
 County Map
 Clerk Roster
 Family Court Contacts
 State Grand Jury
 Circuit Court Fees
 Family Court Fees
 Clerk of Court & ROD Manual
 
 
 Registers of Deeds
 
 Overview
 Alphabetical List
 County Map
 ROD Roster
 Clerk of Court & ROD Manual
 
 
 Solicitors
 Public Defenders
 
 
 Opinions/Orders
 
 Published Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Opinion Search
 Advance Sheets
 Unpublished Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Unpublished Opinion Search
 Judicial Advisory Opinions
 Judicial Advisory Opinion Search
 Court Orders
 
 All Court Orders
 Administrative
 Judicial/Legal Conduct
 Court Rule Maintenance
 
 
 Order Search
 
 
 
 Calendar
 
 Monthly View
 Terms of Court
 Circuit Judge Assignments
 Family Judge Assignments
 Calendar Search
 
 


 
 




 


 
 2016-04-20-04 
 


 







The Supreme Court of South Carolina

 
 
 
 Re: Amendments to the South Carolina Bar Constitution
 Appellate Case No. 2016-000250
 
 
 


ORDER

Pursuant to Rule 410(c), SCACR, we approve amendments to the South Carolina Bar Constitution submitted by the South Carolina Bar.  These amendments: (1) add four At-Large Delegates to the House of Delegates; (2) add a young lawyer as an additional State Bar Delegate to the American Bar Association; and (3) provide for a method of election in the event of a tie vote.  
These amendments shall be effective immediately.  A copy of the amended portions of the South Carolina Bar Constitution is attached.
 

 
 
 
 s/Costa M. Pleicones                       C.J.
 
 s/Donald W. Beatty                            
 J.
 s/John W. Kittredge                            
 J.
 s/Kaye G. Hearn                  
                J.
 s/John Cannon Few             
                J.
 
 

Columbia, South Carolina
April 20, 2016



Article VI, §§ 6.2 and 6.3 of the South Carolina Bar Constitution are amended to provide:
Section 6.2 Composition. The House of Delegates, which is designed to be representative of the Bar, is composed of the following members:
(1) Circuit Delegates elected from each Judicial Circuit in the manner set forth herein and in the Bylaws;
 (2) The members of the Board of Governors;
 (3) The former presidents of the Bar and its predecessor organizations, the South Carolina Bar Association and the South Carolina State Bar;
 (4) One delegate representative from each section and the Young Lawyers Division;
 (5) The President and Immediate Past President of the Senior Lawyers Division; 
 (6) Two delegate representatives elected by the members who reside without the State of South Carolina;
 (7) Four At Large Delegates elected in the manner set forth herein and in the Bylaws; 
 (8) The deans of all law schools whose facilities are in South Carolina;
 (9) The State Delegate and the State Bar Delegates to the American Bar Association; and
 (10) The immediate past Chair of the House of Delegates.
Section 6.3 Circuit Delegates; At Large Delegates.
(a) The members of the Bar residing in each Judicial Circuit eligible to vote shall elect from among themselves the Circuit Delegate or Delegates to represent that Circuit in the House of Delegates. The number of Circuit Delegates from each circuit shall be proportionate to the membership in each Circuit with each Circuit having at least one Delegate. The number of Delegates from each Circuit shall be determined as follows:
 (1) Each Circuit shall be entitled to one delegate for each representative unit as defined below together with one delegate for each fraction of a unit greater than one-half.
 (2) A representative unit during any apportionment term shall be equal to one hundred five members.
 (3) The apportionment term shall be a period of ten years. The initial term shall commence March 1, 2005.
 (4) The House of Delegates shall be reapportioned each tenth year using the formula herein set forth.
 (b) The At Large Delegates shall be elected by the Board of Governors.
 (c) The term of each Circuit Delegate and At Large Delegate shall be two years beginning the first day of July following his selection.
Section 9.3 and Section 9.4(a) and (b) of the South Carolina Bar Constitution are amended to provide:
(a) On or before November 15 of each year the Nominating Committee shall meet at a time and place designated by its Chair and shall promptly make nominations by majority vote for the offices of President-Elect, Secretary, and Treasurer, the members of the Board of Governors and ABA State Bar Delegates to be elected in that year, and in every alternate year the office of Chair of the House of Delegates. Only Circuit Delegates shall be eligible for nomination to the office of Chair of the House of Delegates. No one shall be eligible to be nominated or elected as State Bar Delegate who will at the time of election have served in such capacity for four years.
 
 (b) The Board of Governors shall, on or before the following December 15, cause the name of each nominee selected by the Nominating Committee to be published. On or before the following January 15, twenty-five or more members who are entitled to vote may file with the Board of Governors a signed petition nominating a candidate or candidates for any or all offices to be filled. On January 15, the nominations shall be closed. The Board of Governors shall cause the name of each nominee to be published.
 
 (c) Any ABA State Bar Delegate who must be a young lawyer shall not be nominated as set forth above. One or more nominees shall be chosen by vote of the Young Lawyers Division Executive Council. 
Section 9.4 Election of Officers, Governors and State Bar Delegates.
(a) If there is only one nominee from the Nominating Committee for President-Elect or Secretary or Treasurer or Chair of the House of Delegates or Governor or State Bar Delegate, such nominee shall be considered elected automatically at the time the nominations are closed.
 (b) If more than one person is nominated for any such office or position, ballots containing the names of all nominees for each contested position shall be mailed to all members who are eligible to vote at the same time as ballots for contested Circuit Delegate elections are distributed. The nominee who receives the greatest number of votes for each office or position shall be declared elected. In the event of a tie vote, the House of Delegates shall determine which of those tied nominees shall serve.